

# THE ATTORNEY GENERAL
## OF TEXAS

AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

October 20, 1971

Hon. J. W. Edgar
Commissioner of Education
Texas Education Agency
201 East Eleventh Street
Austin, Texas 78701

Dear Dr. Edgar:

Opinion No. M-M-977

Re: Construction of
Subsection (a)(7)
and (a)(2) of Sec-
tion 32.39, Texas
Education Code.

In your request for an opinion you state the follow-ing:

"The Texas Proprietary School Act (House Bill 333, Chap. 620, Acts of 62nd Leg., R.S., 1971, at p. 2006, effective January 1, 1972) is codified as Chapter 32 in the Texas Education Code.

"Section 32.39(a) of the Code relates to and requires a Refund Policy of Proprietary Schools seeking certification under the Act; it reads:

"(a) As a condition for granting certification each school must maintain a policy for the refund of the unused portion of tuition, fees, and other charges in the event the student fails to enter the course, or withdraws, or is discontinued therefrom at any time prior to completion, and such policy must provide:

"(1) . . .

"(2) The effective date of the term-ination for refund purposes will be the earliest of the following:

-4765-

"(A)   the last date of attendance, if the student is terminated by the school;

"(B)   the date of receipt of written notice from the student;

"(C)   ten days following the last date of attendance;

" . . .

"(7)   refunds shall be totally consumated within 30 days after receipt of written request or termination by the school.

" . . .

"The Proprietary School Advisory Commission is now engaged in a study and recommendations with respect to policies and standards toward implementation of the law (Section 32.23(f), T.E.C.).

"Some Commission members have an opinion that 'within 30 days' as used in subsection (a)(7) applies only to situations spelled out in (A) and (B) of subsection (2)(a); and because (a)(7) is silent with respect to (C) thereof. There are others that believe that the language of Section 32.39(a)(7) applies to all circumstances. The Commission would appreciate receiving and has asked that I submit its request to your office for an opinion whether:

"Subsection (a)(7) of Section 32.39, Texas Education Code, applies only to (A) and (B) of subsection (2)(a), or also to (C)."

The provisions of subsection (a)(7) of Section 32.39 of the Texas Education Code relate only to the language found in paragraphs (A) and (B) of Subsection (a)(2) of said Section 32.39, and do not have application to said paragraph (C). It is out opinion that Subsection (a)(7) of Section 32.39, Texas Education Code, applies only to said paragraphs (A) and (B).

The written notice provision of paragraph (B) is available to all persons who fall within paragraph (C), and that notice would bring into operation subsection (a)(7).

## S U M M A R Y

Subsection (a)(7) of Section 32.39, Texas Education Code, does not apply to paragraph (C) of Subsection (a)(2) of said Section 32.39.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by Jack Sparks
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Co-Chairman

Bill Craig
Ben Harrison
Jerry Roberts
Robert Davis

SAM McDANIEL
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant